```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  JENNIFER S WANG (CSBN 233155)
    Assistant United States Attorney
 4
      450 Golden Gate Avenue, Box 36055
 5    San Francisco, California 94102-3495
      Telephone: (415) 436-6967
 6    Facsimile:  (415) 436-6748
      Email: jennifer.s.wang@usdoj.gov
 7
    Attorneys for the Federal Defendants
 8
    MICHAEL GONCALVES
 9  8444 Alberton Place
    Elk Grove, CA 95624
10  (415) 225-7955

11  Plaintiff, Pro Se

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15
16  MICHAEL GONCALVES,              )    No. 11-2452 JSW
                                    )
17         Plaintiff,                )    STIPULATION AND [PROPOSED]
                                    )    ORDER CONTINUING INITIAL
18         v.                        )    CASE MANAGEMENT
                                    )    CONFERENCE
19  UNITED STATES OF AMERICA; HON. )
    ROBERT GATES, Secretary of Defense; )   AS MODIFIED HEREIN
20  LTG JACK STULTZ, CDR; USARC,    )
    HON. ERIC HOLDER, U.S. A.G.,    )
21                                  )
           Defendants.               )
22  _____ )
```

Subject to the approval of the court, it is hereby stipulated by and between the parties that the Initial Case Management Conference, currently set for September 30, 2011 at 1:30 p.m., be rescheduled for December 2, 2011 at 1:30 p.m.

The parties seek this continuance because counsel for the federal defendants has a deposition in another matter scheduled for September 30, 2011. The deposition is scheduled to

STIPULATION & [PROPOSED] ORDER RE: INITIAL CMC
C11-2452 JSW

start at 10:00 a.m. in Santa Rosa, California. Federal defendants' counsel scheduled the deposition before the Initial Case Management Conference in this case was set for September 30, 2011.

In addition, the federal defendants' response to the complaint is due by October 11, 2011, and the federal defendants have informed plaintiff that they may file a motion to dismiss the complaint. The parties believe that continuing the Initial Case Management Conference until December 2, 2011, will permit the briefing on the federal defendants' anticipated motion to dismiss to be completed prior to the Initial Case Management Conference.

For the reasons stated above, the parties respectfully request that the Initial Case Management Conference currently scheduled for September 30, 2011 at 1:30 p.m., be continued to December 2, 2011 at 1:30 p.m.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: September 16, 2011

JENNIFER S. WANG
Assistant United States Attorney

Dated: September 16, 2011

MICHAEL GONCALVES
Plaintiff

[PROPOSED] ORDER

The Court, having considered the stipulation of the parties, orders that the Initial Case Management Conference currently set for September 30, 2011 at 1:30 p.m. is rescheduled for ~~December 2, 2011 at 1:30 p.m.~~ December 16, 2011 at 1:30 p.m. Defendants shall serve this Order on Plaintiff.

IT IS SO ORDERED.

DATED: September 19, 2011

JEFFREY S. WHITE
United States District Court Judge

STIPULATION & [PROPOSED] ORDER RE: INITIAL CMC
C11-2452 JSW          2