| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | JENNIFER S WANG (CSBN 233155)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6967 |
| 6 | Facsimile: (415) 436-6748<br>Email: jennifer.s.wang@usdoj.gov |
| 7 | |
| 8 | Attorneys for the Federal Defendants |
| 9 | MICHAEL GONCALVES<br>8444 Alberton Place<br>Elk Grove, CA 95624 |
| 10 | (415) 225-7955 |
| 11 | Plaintiff, Pro Se |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MICHAEL GONCALVES, | ) | No. 11-2452 JSW |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING INITIAL |
| v. | ) | CASE MANAGEMENT |
| | ) | CONFERENCE |
| UNITED STATES OF AMERICA; HON. | ) | AS MODIFIED HEREIN |
| ROBERT GATES, Secretary of Defense; | ) | |
| LTG JACK STULTZ, CDR; USARC, | ) | |
| HON. ERIC HOLDER, U.S. A.G., | ) | |
| | ) | |
| Defendants. | ) | |

Subject to the approval of the court, it is hereby stipulated by and between the parties that the Initial Case Management Conference, currently set for September 30, 2011 at 1:30 p.m., be rescheduled for December 2, 2011 at 1:30 p.m.

The parties seek this continuance because counsel for the federal defendants has a deposition in another matter scheduled for September 30, 2011. The deposition is scheduled to

STIPULATION & [PROPOSED] ORDER RE: INITIAL CMC
C11-2452 JSW

1 | start at 10:00 a.m. in Santa Rosa, California. Federal defendants' counsel scheduled the
2 | deposition before the Initial Case Management Conference in this case was set for September
3 | 30, 2011.
4 | In addition, the federal defendants' response to the complaint is due by October 11,
5 | 2011, and the federal defendants have informed plaintiff that they may file a motion to dismiss
6 | the complaint. The parties believe that continuing the Initial Case Management Conference
7 | until December 2, 2011, will permit the briefing on the federal defendants' anticipated motion
8 | to dismiss to be completed prior to the Initial Case Management Conference.
9 | For the reasons stated above, the parties respectfully request that the Initial Case
10 | Management Conference currently scheduled for September 30, 2011 at 1:30 p.m., be
11 | continued to December 2, 2011 at 1:30 p.m.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: September 16, 2011

JENNIFER S. WANG
Assistant United States Attorney

Dated: September 16, 2011

MICHAEL GONCALVES
Plaintiff

[PROPOSED] ORDER

The Court, having considered the stipulation of the parties, orders that the Initial Case Management Conference currently set for September 30, 2011 at 1:30 p.m. is rescheduled for ~~December 2, 2011 at 1:30 p.m.~~ December 16, 2011 at 1:30 p.m. Defendants shall serve this Order on Plaintiff.

IT IS SO ORDERED.

DATED: September 19, 2011

JEFFREY S. WHITE
United States District Court Judge

STIPULATION & [PROPOSED] ORDER RE: INITIAL CMC
C11-2452 JSW                                2