1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CPT MICHAEL C. GONCALVES,

10          Plaintiff,                          No.  C 11-02452 JSW

11    v.                                  **ORDER DISCHARGING ORDER**
                                          **TO SHOW CAUSE AND SETTING**
12    UNITED STATES OF AMERICA, Honorable **DEADLINE FOR DEENDANTS'**
      Robert Gates, LTG Jack Stultz, CDR, USARC, **REPLY BRIEF**
13    and Attorney General Eric Holder,

14          Defendants.

15    _____/

16          On October 11, 2011, Defendants filed a motion to dismiss Plaintiff's complaint.

17    Because Plaintiff did not file a timely opposition to the motion, on November 2, 2011, the Court

18    issued an Order directing Plaintiff to show cause why this case should not be dismissed for

19    failure to prosecute.  On November 14, 2011, Plaintiff filed his response to the Order to Show

20    Cause and filed a belated opposition brief.

21          Plaintiff asserts that his brief was late because he was trying to obtain information from

22    Defendants about documents and declarations submitted with their opposition.  In the future, if

23    Plaintiff requires additional time to respond to a motion, he should first seek leave of Court.

24    However, at this time, the Court shall discharge the Order to Show Cause without further

25    action.  The Court shall accept Plaintiff's opposition brief.

26    //

27    //

28    //

**United States District Court**
For the Northern District of California

Defendants shall file a reply brief by no later than December 5, 2011.  Unless the Court determines a hearing is necessary, it shall decide the matters on the papers.  The case management conference set for December 16, 2011 is VACATED pending further order of the Court.

**IT IS SO ORDERED.**

Dated:   November 28, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GONCALVES et al,

                Plaintiff,

    v.

UNITED STATES OF AMERICA et al,

                Defendant.
_____/

Case Number: CV11-02452 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael C. Goncalves
8444 Alberton Place
Elk Grove, CA 95624

Dated: November 28, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court
For the Northern District of California

3